PLAINTIFF'S NAME Danny Fossinger
INMATES CDC NO. #E77797
ADDRESS P.O. Box 9
640-92L
CITY/STATE/ZIP AVENAL, CA 93204

**FILED**
DEC 12 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF CALIFORNIA

Danny Fossinger )
  PLAINTIFF )
 )
 vs. )
 ) CASE NO. CVS 07-2679 GEB EFB PC
STATE OF CALIFORNIA ) COMPLAINT UNDER 42 USC §1983
CHARLES E. HORAN - JUDGE ) CIVIL RIGHTS ACT
BURT SCHNEIROW - DISTRICT ATTY. )
CLIFTON LEFALL - DETECTIVE )
GEORGE LETKER - DETECTIVE )
KIMBERLY THOMAS ET AL... )
  DEFENDANTS

I. EXHAUSTION OF REMEDIES

Page 1

1  PLAINTIFF HAS EXHAUSTED ALL ADMINISTRATIVE AND
2  STATE REMEDIES AVAILABLE TO HIM. THEREFORE PLAINTIFF
3  HAS NO OTHER REMEDIES AVAILABLE EXCEPT FEDERAL
4  COURT.

## 2. PARTIES

A. **PLAINTIFF**
 1. DANNY FOSSINGER
    ADDRESS  AVENAL State Prison
             P.O. Box 9      #E77997
             AVENAL, CA 93204

B. **DEFENDANT**
 1. NAME     Jerry Brown
    ADDRESS  1300 I Street, Suite #125
             P.O. Box 944255
             Sacramento, CA 94244-2550
    OCCUPATION  CALIFORNIA ATTORNEY GENERAL
 2. NAME     CHARLES E. HORAN
    ADDRESS  Pomona Court
             400 Civic Ctr. Plz
             Pomona, CA 91766
    OCCUPATION  SUPERIOR COURT JUDGE
 3. NAME     BURT SCHNEIROW
    ADDRESS  Criminal Courts Building

```
1                          210 N. Temple Street
2                          Los Angeles, CA 90012
3        OCCUPATION    DISTRICT ATTORNEY
4    4.  NAME          CLIFTON LEFALL
5        ADDRESS       Los Angeles Police Department
6                      150 N. Los Angeles Street
7                      Los Angeles, CA 90018
8        OCCUPATION    DETECTIVE / LAPD
9    5.  NAME          GEORGE LEIKER
10       ADDRESS       Los Angeles Police Department
11                     150 N. Los Angeles Street
12                     Los Angeles, CA 90018
13       OCCUPATION    DETECTIVE / LAPD
14   6.  NAME          KIMBERLY THOMAS
15       ADDRESS       (unknown)
16
17
18       OCCUPATION
19   7.  NAME          MAURICE LANDRUM
20       ADDRESS       Los Angeles Police Department
21                     150 N. Los Angeles Street
22                     Los Angeles, CA 90018
23       OCCUPATION    DETECTIVE / LAPD
24   8.  NAME          NEIL MAY
25       ADDRESS       Los Angeles Police Department
26                     150 N. Los Angeles Street
```

Page 3

1  Los Angeles, CA 90018
2  OCCUPATION DETECTIVE / LAPD
3  9. NAME LEO B. NEWTON
4  ADDRESS (unknown)

7  OCCUPATION DEFENSE LAWYER

9  3. JURISDICTION

11 THIS COURT HAS JURISDICTION TO HEAR THIS CASE BY
12 VIRTUE OF THE FACT THAT THIS IS A FEDERAL QUESTION
13 WHERE THE U.S. GOVERNMENT IS NOT A PARTY BUT HAS
14 THE JURISDICTION AND AUTHORITY TO HEAR THIS CASE
15 AND ALL PARTIES RESIDE IN THE STATE OF CALIFORNIA
16 WHERE COURT HAS JURISDICTION.

18  4. DECLARATION OF PARTIES

20  A. PLAINTIFF
21    1. PLAINTIFF DANNY FOSSINGER IS A UNITED STATES
22    CITIZEN.

24  B. DEFENDANTS
25    1. DEFENDANT JERRY BROWN IS A UNITED STATES
26    CITIZEN

Page 4

2. DEFENDANT CHARLES E. HORAN IS A UNITED STATES CITIZEN.

3. DEFENDANT BURT SCHNEIROW IS A UNITED STATES CITIZEN

4. DEFENDANT CLIFTON LEFALL IS A UNITED STATES CITIZEN

5. DEFENDANT GEORGE LEIKER IS A UNITED STATES CITIZEN

6. DEFENDANT KIMBERLY THOMAS IS A UNITED STATES CITIZEN

7. DEFENDANT MAURICE LANDRUM IS A UNITED STATES CITIZEN

8. DEFENDANT NELL MAY IS A UNITED STATES CITIZEN

9. DEFENDANT LEO B. NEWTON IS A UNITED STATES CITIZEN

## 5. NATURE OF SUIT

THIS SUIT IS BROUGHT UNDER THE NATURE OF 42 USCS 1983 SECTIONS 530, AND 550. ALSO PORTIONS OF SECTION 440 APPLY TO PLAINTIFFS CASE BECAUSE OF THE NUMBER OF DEFENDANTS INVOLVED.

## 6. ORIGIN

THIS SUIT ORIGINATES AS AN ORIGINAL PROCEEDING AND

PLAINTIFF RESIDES CURRENTLY IN THE JURISDICTION OF THIS COURT.

## 7. STATEMENT OF CLAIM

PLAINTIFF AFFIRMS THE AFOREMENTIONED STATEMENTS AS TRUE FACTS IN THE ISSUES PRESENTED HEREIN.

A. IN ORIGINAL PROCEEDINGS JUDGE CHARLES E. HORAN DID KNOWINGLY ABUSE HIS POWERS AND OFFICE BY ALLOWING TESTIMONIES OF PERJURED WITNESS KIMBERLY THOMAS TO BECOME A PART OF THE TRIAL TRANSCRIPTS. HE ALSO ALLOWED TAINTED TESTIMONIES OF DETECTIVES MENTIONED IN THIS SUIT TO SWAY JURY AND COURTROOM EVIDENCE.

B. JUDGE HORAN ERRONEOUSLY IMPOSED HIGHER TERM SENTENCE WITHOUT AGGRAVATING FACTORS BEING SUPPORTED IN THE RECORD OF TRIAL EVIDENCE AND TESTIMONIES.

C. JUDGE HORAN CLEARLY ABUSED HIS POWERS AND SHOULD BE CENSORED AND STRIPPED OF HIS JUDICIAL AUTHORITY AND LICENCE TO PRACTICE LAW.

D. DETECTIVES LEFALL, LETKER, LANDRUM AND MAY ALL CONSPIRED AGAINST PLAINTIFF WITH THREATS AND TAINTED EVIDENCE. DETECTIVES LEFALL, MAY ARE UNDER FEDERAL INVESTIGATION FOR BREACH OF TRUST, PLANTING EVIDENCE, FALSEFYING RECORDS, COERCION, AND SUPPRESSION OF EVIDENCE. ALL THEIR CASES

FROM OCTOBER 1990 - DECEMBER 1994 ARE PRESENTLY BEING REVIEWED BY THE FBI AND THE U.S DEPT OF JUSTICE AND THE DEPT OF HOMELAND SECURITY HAS AN INTERNAL INVESTIGATION ONGOING INVOLVING THEIR SUPERVISORS AT ( LAPD ) WHOM ARE NOT NAMED IN THIS SUIT BUT CAN BE SUBPOENAED BY PLAINTIFF AND THIS COURT. THOSE OFFICERS ARE WILLIAM HART, ROOSEVELT JOSEPH AND MIZE PAUL.

E. THE AFOREMENTIONED DETECTIVES ARE ALSO UNDER THE JUSTICE SYSTEM INTEGRITY DIVISIONS INVESTIGATION BECAUSE ALL 4 DETECTIVES MENTIONED HEREIN DURING PLAINTIFFS CASE TOOK BRIBES, FIXED CASES, PLANTED EVIDENCE AND COERCED CONFESSIONS FROM WITNESSES AND FELONS/SUSPECTS ALIKE.

F. DISTRICT ATTORNEY BURT SCHNEIROW IS NOW ALSO THE TARGET OF 3 FEDERAL AGENCY PROBES ABOUT CASES HE PROSECUTED FROM JAN 1990 - DECEMBER 1995. HE ALSO ALLOWED PERJURED TESTIMONY OF KIMBERLY THOMAS AND HE WITH HELD EVIDENCE THAT DEFENDANT WAS ON A MIND ALTERING DRUG (COCAINE) WHEN SHE WAS INTERVIEWED AT HOSPITAL BY D.A SCHNEIROW AND THE DETECTIVES LEFALL AND LEIKER. PLAINTIFF NOR HIS ATTORNEY WAS NEVER PRIVY TO THIS INFORMATION. THIS IS ABUSE OF POWERS BY THE DISTRICT ATTORNEY.

6. ATTORNEY FOR PLAINTIFF WAS LEO B. NEWTON WHO WAS CLEARLY INCOMPETENT DURING TRIAL. COURT RECORDS SHOW THAT ATTORNEY LICENSE WAS CENSURED DURING PLAINTIFF

CASE AND SAID ATTORNEY FAILED TO DISCLOSE SUCH INFO TO COURT OR PLAINTIFF. COUNSEL FAILED ON NUMEROUS OCCASIONS TO ADVISE PLAINTIFF WITH INFORMATION RELEVANT TO HIS CASE. THE ATTORNEY IS CURRENTLY BEING INVESTIGATED ON ETHICS CHARGES BY THE CALIFORNIA ATTORNEY GENERAL OFFICE FOR GRAFT AND BRIBERY. PLAINTIFF SUFFERED GREATLY FROM HIS INEFFECTIVE ASSISTANCE OF COUNSEL.

H. OTHER FACTS ARE:

1. THERE WAS WEAK PROBABLE CAUSE TO ARREST PLAINTIFF AND PHOTO LINEUP WAS TAINTED BY FRUITS OF THE POISONOUS TREE DOCTRINE. A STUDY DONE BY THE JUSTICE COUNCIL IN 1993 FOUND THAT ONLY 3 OUT OF 10 PHOTO LINEUPS WORKED WELL AND THAT OFTENTIMES THE CASES WERE PUSHED THRU WITHOUT ACCURATE PHOTO LINEUP STAFF. WITNESS WERE COACHED ON WHO TO IDENTIFY AND WHAT TO SAY.

2. PLAINTIFF WAS DENIED THE RIGHT TO HIS ATTORNEY AT PHOTO LINEUP. DUE PROCESS WAS DELIBERATELY OVERLOOKED IN THE DETECTIVES ZEAL FOR A SOLID CONVICTION. PLAINTIFF RIGHTS WERE OVERLOOKED. THESE SAME DETECTIVES HAVE HAD 34 CASES TO DATE OVERTURNED BY CALIFORNIA COURTS WHERE IT WAS FOUND THAT THE ILLEGAL ACTIONS OF DETECTIVES CLIFTON LEFALL, GEORGE LEIKER, MAURICE LANDROM AND NEIL MAY VIOLATED PLAINTIFFS AND OTHER SUSPECTS 5TH, 6TH AND 14TH AMENDMENTS RIGHTS.

3. KIMBERLY THOMAS TESTIMONY AND STATEMENTS WERE COERCED

BY THE INTERVIEWING DETECTIVES C. LEFALL AND GEORGE LEIKER EVEN WHILE SHE WAS IN THE HOSPITAL AND UNDER THE INFLUENCE OF AT LEAST 2 CONTROL SUBSTANCES EVEN INCLUDING COCAINE AND MORPHINE. STATEMENTS SHOULD HAVE BEEN SUPRESSED BY COURT.

4. KIMBERLY THOMAS TESTIMONY IN COURT WAS BROKERED IN A DEAL BETWEEN DISTRICT ATTORNEYS ED FLIOR BURT SCHNEIROW AND JUDGES CHARLES HORAN. ALL PARTIES WERE AWARE OF THE FACT THAT PLAINTIFF NOR HIS LAWYER HAD ANY IDEA OF SUCH A DEAL FOR HER COERCED TESTIMONY TO BE USED TO CONVICT PLAINTIFF.

5. THE UNITED STATES SUPREME COURT RULED IN A LANDMARK CASE <u>CUNNINGHAM V. CALIFORNIA</u> 2007 U.S. ___ (127 S. CT 856) THAT CALIFORNIA'S "<u>DETERMINATE SENTENCING LAW</u>" VIOLATES PLAINTIFF'S FEDERAL RIGHTS TO A JURY TRIAL UNDER THE 6TH AND 14TH AMENDMENTS BY ASSIGNING TO THE TRIAL JUDGE, RATHER THAN A JURY THE AUTHORITY TO MAKE THE FACTUAL FINDING THAT WOULD HAVE SUBJECTED HIM TO THE POSSIBILITY OF AN UPPER TERM SENTENCE.

6. PLAINTIFF'S SENTENCE WAS UPHELD BY THE CALIFORNIA COURTS WHICH DISAGREE WITH THE SUPREME COURTS LANDMARK DECISION IN CUNNINGHAM V. CALIFORNIA. SO THE CALIFORNIA COURTS DENY ALL CASES PERTAINING TO THAT CASE AND PLAINTIFF AND ALL OTHERS HAVE

1   NO OTHER RECOURSE BUT IN FEDERAL COURTS.
2   7. IN <u>HARRIS V WASHINGTON</u> (2007) THE U.S. SUPREME
3   COURT SAID THAT JURIES, NOT JUDGES HAVE THE
4   POWER TO IMPOSE UPPER TERM LIMITS UNDER STATE
5   LAW; ANY VARIATION THEREOF VIOLATES DEFENDANTS
6   DUE PROCESS RIGHTS, RIGHT TO A TRIAL BY JURY AND
7   SUBSEQUENTLY INVOKES CRUEL AND UNUSUAL TREATMENT.

8. <u>CAUSE OF ACTION</u>

PLAINTIFFS DUE PROCESS AND, RIGHT TO A JURY TRIAL WERE CLEARLY VIOLATED BY THE ACTIONS OF THE JUDGE, DISTRICT ATTORNEY, DETECTIVES AND WITNESS IN THIS CASE.

THE U.S SUPREME COURT HAS ALSO ESTABLISHED THAT PLAINTIFFS 6TH AND 14TH AMENDMENT RIGHTS HAVE ALSO BEEN VIOLATED IN <u>CUNNINGHAM V. CALIFORNIA</u>, AND IN <u>HARRIS V. WASHINGTON</u>.

BOTH CASES HAVE BEEN SENT BACK TO THE STATE SUPREME COURTS TO ALLOW ALL DEFENDANTS WITH SIMILAR/SAME CASES TO GET ACTION. PLAINTIFF SEEKS CLARITY IN LIGHT OF THE HIGH COURTS DECISION. IF THE HIGH COURTS DECISION STANDS THEN PLAINTIFF HAS SERVED MORE THAN ENOUGH TIME IN PRISON UNDER THE MID TERM SENTENCE WHICH ACCORDING TO THE HIGH

1     COURT SHOULD HAVE BEEN THE CORRECT SENTENCE.

3     THE JUDGES ABUSE OF POWERS BY VIOLATING OATHS OF OFFICE AND HIS RECIEVING OF BRIBES DEPRIVED THE PLAINTIFF OF DUE PROCESS IN HIS TRIAL.

7     THE DISTRICT ATTORNEY ACTING UNDER THE COLOR OF LAW AND BROKERING CONVICTIONS FOR MONETARY GAIN IN PLAINTIFF'S CASE AND OTHERS CONVICTED BY HIM SERIOUSLY JEOPARDIZES THE INTEGRITY OF THE JUDICIAL SYSTEM AND SUBSEQUENTLY PLAINTIFF IS SERVING A LIFE SENTENCE.

14     THE DETECTIVES ACTED UNDER COLOR OF LAW AND THEY ABUSED THEIR AUTHORITY BY ILLEGALLY ACCEPTING BRIBES, COERCING WITNESSES AND SUSPECTS, FIXING CASES AND PLANTING EVIDENCE. ALL 4 DETECTIVES MENTIONED HEREIN ARE UNDER STATE AND FEDERAL INVESTIGATIONS. THESE ACTIONS DEPRIVED PLAINTIFF OF DUE PROCESS, RIGHT TO A FAIR TRIAL, CRUEL AND UNUSUAL PUNISHMENT AND RACIAL PREJUDICE.

22     WITNESS KIMBERLY THOMAS PERJURED, COERCED TESTIMONY WAS THE KEY FACTOR THAT LEAD TO PLAINTIFF'S CONVICTION AND LIFE SENTENCE. WITHOUT HER DRUG INDUCED STATEMENTS THE STATE OF CALIFORNIA HAD NO CASE, PROOF OR WITNESSES AGAINST PLAINTIFF.

Page 11

## 9. RELIEF

PLAINTIFF PETITIONS THIS COURT TO REPEAL HIS SENTENCE AND DECLARE IT UNCONSTITUTIONAL AS THE U.S. SUPREME COURT HAS DONE AND TO RELEASE HIM FORTHWITH. THIS COURT ALSO HAS THE POWER TO INDICT EACH DEFENDANT MENTIONED HEREIN AND THEY BE HELD TO ANSWER PLAINTIFF'S DEPOSITIONS/INTEROGATORIES AS TO THE CHARGES/ACCUSATIONS THAT ARE PENDING AGAINST THEM RIGHT NOW.

PLAINTIFF ALSO ASKS THIS COURT TO FIND IN HIS FAVOR A DECLATORY JUDGMENT AGAINST EACH DEFENDANT AND AWARD BY JURY TRIAL DAMAGES IN THE AMOUNT OF 250,000.00 U.S DOLLARS FOR EACH DEFENDANT NAMED HEREIN FOR A TOTAL OF $2,250,000.00 U.S DOLLARS.

PLAINTIFF RESPECTFULLY ASKS THIS COURT TO HOLD EACH DEFENDANT IN ABEYANCE AND TO COMPEL THEM TO COME FORTH TO ANSWER EVERY ACTION AND ALLEGATION MENTIONED IN THIS COMPLAINT AND TO HOLD EACH DEFENDANT IN CONTEMPT IF NO SUCH ORDER IS COMPLIED WITH AND TO POST NO LESS THAN A $50,000 CASH SURETY BOND WITH COURT TO ENSURE HONESTY AND COMPLIANCE WITH SAID ORDERS FROM COURT.

## 10. CONCLUSION

Page 12

1  WHEREFORE PLAINTIFF ASKS THIS HONORABLE
2  COURT TO EXPEDITE MATTERS AND GRANT THE
3  PLAINTIFF INJUNCTIVE RELIEF.
4
5  PLAINTIFF ALSO ASSERTS THAT ALL DEFENDANTS
6  ACTED UNDER COLOR OF LAW AND THAT PLAINTIFF
7  DID NOT GET A FAIR TRIAL OR JUSTICE AS THE
8  UNITED STATES CONSTITUTION ENTITLES ALL U.S.
9  CITIZENS TO.
10
11  PLAINTIFF CONCLUDES THAT THIS COURT SHOULD
12  GRANT IMMEDIATE REVERSAL OF SAID CONVICTION,
13  EXPUNGE HIS RECORD AND ORDER THAT THE DEFENDANTS
14  BE HELD FOR SUCH CAPRICIOUS AND HEINOUS ACTS
15  AGAINST HIM.
16
17  SUBMITTED THIS _____ DAY OF _____ 2007

            DANNY FOSSINGER / PLAINTIFF PRO-SE

## PROOF OF SERVICE BY MAIL

I THE UNDERSIGNED, CERTIFY THAT I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE. THAT I CAUSED TO BE SERVED A COPY OF THE FOLLOWING DOCUMENT:

ENTITLED: Complaint under 42 USC §1983 Civil Rights Act

BY PLACING THE SAME IN AN ENVELPOE, SEALING IT BEFORE A CORRECTIONAL OFFICER, AND DEPOSITING IT IN THE [*UNITED STATE MAIL*] AT AVENAL STATE PRISON AND ADDRESSED IT TO THE

FOLLOWING:
United States District Court
Eastern District of California
Office of the Clerk
501 I Street
Suite 4-200
Sacramento, CA 95814-2322

EXECUTED ON December, 6, 20 07 AT AVENAL STATE PRISON, AVENAL, CALIFORNIA

I, Danny Fossinger, DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

_____
SIGNATURE OF DECLARANT

Danny FossinGer
PRINT NAME OF DECLARANT

PRO PER.