IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY FOSSINGER,

        Plaintiff,                    No. CIV S-07-2679 GEB EFB P

    vs.

JERRY BROWN, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983.

        A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1

1   Here, most defendants are located in Los Angeles, and the claim arose in Los Angeles,
2 California which is in the Central District of California. 28 U.S.C. § 84(c).  Therefore, in the
3 interest of justice, this action is transferred to the United States District Court for the Central
4 District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C.
5 Cir. 1974).
6 DATED:  December 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE